MARCH 29, 1998

No. 97–8497 (A–724). IN RE BUENOANO. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 97–8496 (A–723). BUENOANO v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 97–8498 (A–725). BUENOANO v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 97–8499 (A–726). BUENOANO v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

MARCH 30, 1998

No. 97–988. QUILTER, SPEAKER PRO TEMPORE OF THE OHIO HOUSE OF REPRESENTATIVES, ET AL. v. VOINOVICH, GOVERNOR OF OHIO, ET AL. Affirmed on appeal from D. C. N. D. Ohio. JUSTICE SCALIA would note probable jurisdiction and set case for oral argument.

No. A–605 (97–1319). MADDEN CASSELLI v. CASSELLI. Ct. App. La., 5th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. A–656. GREEN ET AL. v. CARVER STATE BANK ET AL. Super. Ct. Ga., Chatham County. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–1926. IN RE DISBARMENT OF WELLONS. Chloe J. Wellons, of Goldsboro, N. C., is suspended from the practice of law in